01
02
03
04
05
06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  UNITED STATES OF AMERICA,        **)**
                                     **)**   CASE NO. MJ26-011
09          Plaintiff,               **)**
                                     **)**
10      v.                           **)**
                                     **)**   DETENTION ORDER
11  LUIS DONALDO GALEANA GARCIA,     **)**
                                     **)**
12          Defendant.               **)**
    _____  **)**
13

14
Offenses charged:
15
    1.  Conspiracy to Distribute Controlled Substances.
16
    2.  Possession of Controlled Substances with Intent to Distribute
17
Date of Detention Hearing:    January 12, 2026.
18
        The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and
19
based upon the factual findings and statement of reasons for detention hereafter set forth, finds
20
that no condition or combination of conditions which defendant can meet will reasonably assure
21
the appearance of defendant as required and the safety of other persons and the community.
22

DETENTION ORDER
PAGE -1

01          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02          1.      Defendant has been charged with a drug offense, the maximum penalty of which

03   is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04   both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05          2.      Defendant poses a danger to the community based on the nature of the alleged

06   offenses.   It is alleged that Defendant engaged in controlled buys for fentanyl, cocaine and

07   methamphetamine, involving large amounts of controlled substances.   Defendant is alleged to

08   have been the leader of the conspiracy, and negotiated with undercover officers regarding large

09   amounts of controlled substances.   He was observed in possession of a firearm during a

10   meeting with undercover agents.   The weight of the evidence is significant, given the

11   controlled buys.   When Defendant's residence was searched multiple firearms and large

12   amounts of ammunition were found.   He has significant ties to Mexico, including a residence

13   he owns there, and is facing a ten-year mandatory minimum which provided an incentive to

14   flee.

15          3.      There does not appear to be any condition or combination of conditions that will

16   assure Defendant's appearance and address the danger to other persons or the community.

17   It is therefore ORDERED:

18   1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

19       General for confinement in a correction facility separate, to the extent practicable, from

20       persons awaiting or serving sentences or being held in custody pending appeal;

21   2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

22   3.  On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

01  in charge of the corrections facility in which defendant is confined shall deliver the

02  defendant to a United States Marshal for the purpose of an appearance in connection with a

03  court proceeding; and

04  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

05  the defendant, to the United States Marshal, and to the United State Probation Services

06  Officer.

07      DATED this 12th Day of January, 2026.

08

09                                              S. KATE VAUGHAN
                                                United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3